UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SCHIANO | : | |
| Plaintiff | : | Civil Action No. 07-4869(KSH) |
| v. | : | |
| BANK OF AMERICA, et al. | : | ORDER |
| Defendant | : | |

This matter having come before the Court by way of motion for pro hac vice admission; and the plaintiff advising the Court that pro hac vice counsel represented the co-defendant in a different case;

and the Court now directing the movant to provide a letter setting forth whether or not a conflict of interest exists;

IT IS THEREFORE ON THIS 18th day of January, 2008

**ORDERED** that, no later than **January 24, 2008**, the defendants shall submit a letter stating whether or not pro hac vice counsel has any conflict that preclude his representation of the defendant in this case.

s/Patty Shwartz
**United States Magistrate Judge**